JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG HYUN CHO; SUNG EUN CHO JANG,<br><br>　　　　　Plaintiffs,<br>　　v.<br>SETERUS, and DOES 1 to 10,<br>　　　　　Defendant. | Case No.: SACV14-01094-JLS (RNBx)<br><br>*Assigned to Honorable Josephine L. Staton*<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>*[Notice of Plaintiffs' Failure to File a Motion for Leave to Amend Filed Concurrently Herewith]* |

　　　　On September 2, 2014, the Motion to Dismiss of Defendant, SETERUS, INC. ("Seterus"), to the Complaint of Plaintiffs, YOUNG HYUN CHO and SUNG EUN CHO JANG (collectively "Plaintiffs") came before the Honorable Josephine L. Staton, wherein the Court granted Seterus' Motion to Dismiss. This Court further ordered that any Motion for Leave to File an Amended Complaint be filed no later than September 23, 2014.

Based on Plaintiffs' failure to file a Motion for Leave to File an Amended Complaint within the time ordered by this Court, IT IS HEREBY ORDERED THAT: The entire action is dismissed with prejudice but without attorneys' fees and costs.

**IT IS SO ORDERED AND ADJUDGED** that a Judgment of Dismissal with Prejudice is entered in favor of Defendant, SETERUS, INC., and against Plaintiffs, YOUNG HYUN CHO and SUNG EUN CHO JANG.

**SO ORDERED:**

Dated: October 3, 2014

**JOSEPHINE L. STATON**

Honorable Josephine L. Staton
United States District Judge